**Eric L. TOLBERT, Plaintiff–Appellant,**

v.

**FNU STEVENSON; FNU Dalrymple; Franklin Steele; FNU Neely; FNU Preston, Lieutenant; Robert Lewis; Billie J. Weaver; FNU Horn, Sergeant; FNU Mullis, Sergeant; FNU Bennett; FNU Bryant, C.O., Defendants–Appellees.**

No. 11–6956.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 18, 2011.

Decided: Oct. 21, 2011.

Eric L. Tolbert, Appellant Pro Se.

Before WILKINSON, MOTZ, and DIAZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric L. Tolbert seeks to appeal the district court's order denying his motion to appoint counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Tolbert seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*